IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 22-cv-00168-RM-NRN

CHARLES YORK JR.,

    Plaintiff,

v.

CIRCLE K STORES INC.,
CST METRO LLC, and
MORNING MIST SPRINKLERS AND LANDSCAPING, INC.,

    Defendants.

---

## ORDER

---

    Before the Court is the parties' Joint Motion to Remand to State Court. (ECF No. 33.) After this case was removed from state court on the basis of diversity, Defendant Morning Mist Sprinklers and Landscaping, Inc., a Colorado corporation with a principal place of business in Colorado, was added to the case in an amended complaint. Because complete diversity no longer exists, the parties jointly request that the Court remand this case to the Adams County District Court, where it was initiated. The Court agrees that a remand is appropriate due to this Court's lack of subject-matter jurisdiction.

    Accordingly, the Motion (ECF No. 33) is GRANTED, and this matter is REMANDED to the Adams County District Court.

    DATED this 2nd day of September, 2022.

                                                BY THE COURT:

                                                _____
                                                RAYMOND P. MOORE
                                                United States District Judge